1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                    2:17-MC-00195-TLN-EFB

12         Plaintiff,

13         v.                                   STIPULATION AND ORDER
                                                EXTENDING TIME FOR FILING A
14 NET PROCEEDS FROM THE SALE OF OTHER          COMPLAINT FOR FORFEITURE
   TOBACCO PRODUCTS LOCATED AT 6255 MCLEOD      AND/OR TO OBTAIN AN INDICTMENT
15 DRIVE, SUITE 13, LAS VEGAS, NEVADA 89120,    ALLEGING FORFEITURE

16 NET PROCEEDS FROM THE SALE OF OTHER
   TOBACCO PRODUCTS LOCATED AT 10879
17 PORTAL DRIVE, SUITE B, LOS ALAMITOS,
   CALIFORNIA 90720, and
18
   APPROXIMATELY $41,274.49 SEIZED FROM WELLS
19 FARGO BANK ACCOUNT NUMBER 5422109032,
   TITLED IN THE NAME 21ST CENTURY
20 DISTRIBUTION,

21         Defendants.

22         It is hereby stipulated by and between the United States of America and potential claimant

23 Rahman Lakhani ("claimant"), by and through their respective counsel, as follows:

24         1.      On or about September 21, 2017, the Bureau of Alcohol, Tobacco, Firearms and

25 Explosives ("ATF") seized Other Tobacco Products located at 6255 McLeod Drive, Suite 13, Las

26 Vegas, Nevada and Other Tobacco Products located at 10879 Portal Drive, Suite B, Los Alamitos,

27 California ("defendant OTP").  On or about October 16, 2017, ATF seized Approximately

28
                                          1

$41,274.49 seized from Wells Fargo Bank Account Number 5422109032, titled in the name 21st Century Distribution (hereafter "defendant currency").

2.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture within ninety days after seizure of an asset, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was December 20, 2017.

3.    By Stipulation and Order filed January 2, 2018, the parties stipulated to extend to March 20, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture.

4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 18, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture shall be extended to June 18, 2018.

DATED:    3/19/2018                         McGREGOR W. SCOTT
                                            United States Attorney

                                   By:     /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney


DATED:    3/19/2018                         /s/ Patrick Hanly
                                            PATRICK HANLY
                                            Attorney for Rahman Lakhani

                                            (As authorized via email)

        IT IS SO ORDERED.

Dated: March 27, 2018



                                            Troy L. Nunley
                                            United States District Judge