McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NET PROCEEDS FROM THE SALE OF OTHER TOBACCO PRODUCTS LOCATED AT 6255 MCLEOD DRIVE, SUITE 13, LAS VEGAS, NEVADA 89120,<br><br>NET PROCEEDS FROM THE SALE OF OTHER TOBACCO PRODUCTS LOCATED AT 10879 PORTAL DRIVE, SUITE B, LOS ALAMITOS, CALIFORNIA 90720, and<br><br>APPROXIMATELY $41,274.49 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5422109032, TITLED IN THE NAME 21ST CENTURY DISTRIBUTION,<br><br>Defendants. | 2:17-MC-00195-TLN-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Rahman Lakhani ("claimant"), by and through their respective counsel, as follows:

1. On or about September 21, 2017, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized Other Tobacco Products located at 6255 McLeod Drive, Suite 13, Las Vegas, Nevada and Other Tobacco Products located at 10879 Portal Drive, Suite B, Los Alamitos, California ("defendant OTP"). On or about October 16, 2017, ATF seized Approximately

1

$41,274.49 seized from Wells Fargo Bank Account Number 5422109032, titled in the name 21st Century Distribution (hereafter "defendant currency").

2. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture within ninety days after seizure of an asset, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 20, 2017.

3. By Stipulation and Order filed January 2, 2018, the parties stipulated to extend to March 20, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture.

4. By Stipulation and Order filed March 28, 2018, the parties stipulated to extend to June 18, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture.

5. By Stipulation and Order filed June 26, 2018, the parties stipulated to extend to September 17, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture.

6. By Stipulation and Order filed September 17, 2018, the parties stipulated to extend to December 17, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 18, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture.

///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant OTP and defendant currency and/or to obtain an indictment alleging that the defendant OTP and defendant currency are subject to forfeiture shall be extended to March 18, 2019.

DATED: 10/22/2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

DATED: 10/22/2018

/s/ Patrick Hanly
PATRICK HANLY
Attorney for Rahman Lakhani

(As authorized via phone)

IT IS SO ORDERED.

Dated: October 22, 2018

Troy L. Nunley
United States District Judge